UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA (TAMPA)

CASE NO 8:17-CR-14-T-26AAS

UNITED STATES OF AMERICA

V

JIMMY RIASCOS-RIASCOS

### SENTENCE MEMORANDUM

Sentence in this case is set January 10, 2020 at 9:30 A.M. before the Honorable Richard Lazzara. The undersigned has carefully reviewed the Presentence Investigation Report (PSR) with the defendant in his native Spanish language. The undersigned addressed an objection to the Initial PSR which is attached to the Final PSR, Docket Entry (hereinafter DE) 70 at page 20-21. The objection was to application of a three-level role enhancement applied to the base offense level on grounds the defendant was a manager or supervisor of criminal activity involving more than 5 participants, pursuant to USSG 3B1.1(b).

The Probation Office has recommended the Court reject the objection raised by the defendant to the role enhancement, in which case the defendant's Total Offense Level would be 40 and his Criminal History Category III or an advisory guideline range of 360 months to life

imprisonment, DE 68 page 13.  If the defendant's objection is accepted by the Court, the guideline range would be 37 with a Criminal History Category of III, or a sentence range of 262-327 months, DE 70, page 18.

The defendant's activities are described as installing engines aboard semi-submersible vessels (SPPS) seized on the open seas on August 31, 2015 and March 3, 2016; also, the defendant is said to have recruited a mechanic and paid at least one crewmember aboard the 8/31/15 SPPS and to "giving instructions…. on the operation of the engines to the mechanic onboard the SPPS seized on 3/3/16, DE 68 paragraph 11, 13.

The Probation Office cites *United States v Savage 885 F.3d 212 (4th Cir 2018)* in support of her position the enhancement should apply to this defendant. The facts, however, are markedly different. In Savage, the defendant engaged in a sophisticated scheme to defraud a bank wherein he recruited an insider at the bank (a teller) and directed her how to obtain personal information of depositors that would enable him to loot their accounts. The defendant (Savage) was found to have been properly enhanced because he recruited the insider (Conteh), directed her efforts in the scheme, and delivered proceeds of the fraud to her, DE 70 page 34 of 36.

Similarly, according to Probation, the defendant herein helped recruit a mechanic, "instructed him in the operation of the vessel" and delivered proceeds to the mechanic's family, but as he did not have "decision making authority within the conspiracy" should be enhanced 3 and not 4 levels under USSG 3B1.1.

The defendant's activities in the organization of which he was a part was limited to installing engines aboard an SPPS. His instructions were limited to those given to a crewman as

to how to operate SPPS engines, DE 68 page 11, not the vessel itself, DE 70 page 18, *Compare United States v Martinez 584 F.3d 1022 (11 Cir 2009)* (defendant signed a plea agreement he "orchestrated" multi pound shipments of marijuana is not synonymous with control, supervise or manage, J. Marcus). Nor did this defendant derive a greater share of the proceeds, indeed it may be said he was short changed, DE 68 par 15(e). Monies paid to the family of the crewmember incarcerated in the United States, DE 70 page 18, were monies due and owing, not by the defendant, but by the organization who employed him, of which there were may senior members, none of them the defendant himself.

The sentence recommended by the Probation Office, also, is well in excess of a sentence sufficient but not greater than necessary to achieve the ends of justice, 18 United States Section 3553(a*), United States v Booker 543 U.S. 220.* A Notice of Enhancement filed by the government will ensure this defendant is sentenced to at least 15 years incarceration. Such a sentence would reflect the seriousness of the offense, afford adequate deterrence, and protect the public from further crimes of the defendant.

WHEREFORE IT IS RESPECTFULLY PRAYED THE COURT SENTENCE THE DEFENDANT ACCORDINGLY

/s/Scott Kalisch

SCOTT KALISCH

**CERTIFICATE OF SERVICE**

I hereby certify that I have mailed copy of this Memorandum to AUSA Daniel Baeza by EM/ECF electronic filing this 3rd day of January 2020.

/s/Scott Kalisch

SCOTT KALISCH

435 SOUTH OREGON AVENUE, SUITE 104

TAMPA, FLORIDA 33606

TEL 305 669 0808